AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

LORI MCGRATH,

      Plaintiff,

V.

THE STATE OF NEVADA DEPT.
OF PUBLIC SAFETY, NEVADA
HIGHWAY PATROL,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00292-LRH-VPC**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Dkt.#19) is GRANTED.

  March 27, 2009

                             **LANCE S. WILSON**
                                  Clerk

                             /s/ P. McDonald
                             Deputy Clerk